KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, Ste 203
Silverdale, WA   98383
Phone: (360) 329-6968
Fax: (360) 329-6968
Dellert.Law.Office@gmail.com
kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TANYA MARCHEL,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | No. 2:13-cv-01416-DAD<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time of 11-days to file Plaintiff's Motion for Summary Judgment.

Plaintiff's attorney had a family medical emergency requiring her to be at the hospital and work as a caretaker for the past week and a half.  As a result, counsel for Plaintiff requires additional time to draft the Motion for Summary Judgment.  The Motion for Summary Judgment is currently due on February 24, 2014.  Plaintiff requests an extension of time to March 7, 2014.

MOTION – Page 1
2:13-CV-1416-DAD

Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA  98383
(360) 329-6968

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated February 24, 2014:    s/ KELSEY M. BROWN             CA #263109
                            Kelsey M. Brown
                            Dellert Baird Law Offices, PLLC
                            Attorney for Plaintiff


Dated February 24, 2014:    s/ KELSEY M. BROWN for Jeffrey Chen
                            JEFFERY CHEN
                            (per e-mail authorization)
                            Special Assistant U.S. Attorney
                            Office of the General Counsel

                            Of Attorneys for Defendant


## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: February 25, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\marchel1416.stip.eot.ord.docx

MOTION – Page 2
2:13-CV-1416-DAD

Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, #203
Silverdale, WA  98383
(360) 329-6968