BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TANYA R. MARCHEL, | ) No. 2:13-cv-01416-DAD |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| | ) **FIRST EXTENSION OF TIME FOR** |
| v. | ) **DEFENDANT TO FILE HER MOTION** |
| | ) **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her motion for summary judgment.  Defendant respectfully requests this additional time because he just recently returned from a lengthy international vacation in Taiwan and because of a very heavy workload despite due diligence.

/////

/////

1  The new due date for Defendant's motion for summary judgment will be Wednesday,
2  May 7, 2014.

                                  Respectfully submitted,

Date: _April 7, 2014_              DELLERT BAIRD LAW OFFICES, PLLC

                              By:   */s/ Kelsey Mackenzie Brown*\*
                                     KELSEY MACKENZIE BROWN
                                     *\* By email authorization on April 4, 2014*
                                     Attorney for Plaintiff

Date: _April 7, 2014_              BENJAMIN B. WAGNER
                                     United States Attorney

                              By:   */s/ Jeffrey Chen*
                                     JEFFREY CHEN
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  April 8, 2014

_[signature]_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\marchel1416.stip.eot2.ord.doc