KELSEY MACKENZIE BROWN, CA #263109
Dellert Baird Law Office, PLLC
PO Box 3757
Silverdale, WA 98383

Phone: (360) 329-6968
Fax: (360) 329-6968
Email: Dellert.Law.Office@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYNA R. MARCHEL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:13-cv-01416-DAD<br><br><br><br>STIPULATED MOTION AND ORDER FOR ATTORNEYS FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

The parties agree that Plaintiff is entitled to an award of attorney's fees and expenses to be paid by the Defendant, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The parties agree that an award of attorney's fees in the amount of $7,350.00, and expenses in the amount of $66.11, for a total of $7,416.11, shall be awarded to Plaintiff as a settlement amount.

If it is determined that Plaintiff's EAJA fees and expenses are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made **payable to Kelsey Mackenzie Brown**, based upon Plaintiff's assignment of these

Page 1     PLAINTIFF'S MOTION FOR ATTORNEY FEES,
            EXPENSES, AND COSTS - [2:13-CV-01416-DAD]

Dellert Baird Law Offices, PLLC
P.O. Box 3757
Silverdale, WA 98383
Telephone: (360) 329-6968

amounts to Plaintiff's attorney.  The check for expenses should be made payable to Dellert Baird Law Offices, PLLC.

The parties agree that whether these checks are made payable to Plaintiff, or to Kelsey Mackenzie Brown, they shall be mailed to Plaintiff's attorney at the following address:  **Dellert Baird Law Offices, PLLC, c/o Kelsey Brown, 2529 Cliffside Ln NW, H-102, Gig Harbor, WA 98335**.

| | |
|---|---|
| Dated this 18th day of June 2015: | s/ KELSEY MACKENZIE BROWN<br>Kelsey Mackenzie Brown, CA #263109<br>Dellert Baird Law Offices, PLLC<br>2529 Cliffside Ln NW, H-102<br>Gig Harbor, WA 98335<br>Telephone:  (360) 329-6968<br>FAX:  (360) 329-6968<br>Dellert.Law.Office@gmail.com<br><br>Attorney for Plaintiff |
| Dated this 18th day of June 2015: | s/ KELSEY MACKENZIE BROWN FOR JEFFERY CHEN<br>Via email authorization<br>Social Security Administration<br>Office of the General Counsel<br>160 Spear Street, Suite 800<br>San Francisco, CA 94105-1545<br>415-977-8942<br><br>Attorney for Defendant |

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  June 22, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
marchel1416.stip.eaja.ord.doc

Page 3    PLAINTIFF'S MOTION FOR ATTORNEY FEES,
         EXPENSES, AND COSTS - [2:13-CV-01416-DAD]

Dellert Baird Law Offices, PLLC
P.O. Box 3757
Silverdale, WA  98383
Telephone: (360) 329-6968